# U.S. Department of Justice
## United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| JESSE WAGNER | EDCV-10-01818-AG(RNB) |
| **DEFENDANT** | **TYPE OF PROCESS** |
| MICHAEL BADA, INDIVIDUALLY | SUMMONS AND COMPLAINT |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
MICHAEL BADA OF THE SAN BERNARDO COUNTY SHERIFFS DEPT

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
655 E. THIRD ST. SAN BERNARDINO CA 92415

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

JESSE WAGNER
CDC# F54554
5150 O'BYRNES FERRY ROAD
JAMESTOWN CA 95327

- Number of process to be served with this Form - 285: 1
- Number of parties to be served in this case:
- Check for service on U.S.A.:

FILED 2011 JUN 14 AM 11:26 CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CALIFORNIA LOS ANGELES

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

DEFENDANT IS A DEPUTY SHERIFF FOR THE COUNTY OF SAN BERNARDINO. SHERIFF'S ADMIN MAY ACCEPT SERVICE ON HIS BEHALF

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: NONE
DATE: 1/1/11

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 12 | No. 13 | | 1/24/11 |

I hereby certify and return that I ☒ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)
LORI Batchelor, Civil Liability Division

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 5/27/11
Time: 1:05 pm
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS: 5/9/11 Prepared for P/S
Lorie Batchelor
2 Hrs X 1 Deputy
32 Round trip miles

RECEIVED 11 JUN -6 AM 10:13 LOS ANGELES, CA 90012 U.S. MARSHALS SERVICE

PRIOR EDITIONS MAY BE USED    1. CLERK OF THE COURT    FORM USM-285 (Rev. 12/15/80)

Name & Address:
Jesse Wagner, CDC # F-54554
5150 O'Byrnes Ferry Road
Jamestown, CA 95327
Pro Se

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE WAGNER,<br><br>PLAINTIFF(S)<br>v.<br>MICHAEL BADA, in his official and individual capacity; the County of San Bernardino; and DOE 1 through 10,<br><br>DEFENDANT(S). | CASE NUMBER<br><br>EDCV 10-01818-AG (RNBx)<br><br>SUMMONS |

TO: DEFENDANT(S): MICHAEL BADA

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, _Jesse Wagner, Pro Se, CDC # F-54554_, whose address is _5150 O'Byrnes Ferry Road, Jamestown, CA 95327_____. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Dated: __December 29, 2010__

U.S. District Court

Joe Roper
Deputy Clerk

(Seal of the Court)

(1130)

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*



CV-01A (12/07)                                            **SUMMONS**